**JOSEPH F. GMUCA, P.C.**
**Joseph F. Gmuca (009461)**
2198 East Camelback Road., Suite 310
Phoenix, Arizona 85016-4747
(602) 274-1110
*jgmuca@gmucalaw.com*

Attorneys for *Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD CHARLIE,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendants. | No. _____<br><br>**COMPLAINT**<br><br>**(Federal Tort Claims Act)** |

Plaintiff RICHARD CHARLIE for his Complaint alleges as follows:

1. Plaintiff RICHARD CHARLIE is a resident of Maricopa County, State of Arizona;

2. Defendant UNITED STATES OF AMERICA through the U.S. Department of Health and Human Services, and Indian Health Service (hereafter "IHS"), and its employee, Heshmat Mortazavi, D.D.S., caused acts or events to occur within the State of Arizona that form the basis for this cause of action;

3. Defendant UNITED STATES OF AMERICA is a governmental entity and is vicariously liable for the negligent acts and omissions of its IHS employee Heshmat Mortazavi, D.D.S. ("Dr. Mortazavi), under the doctrine of *Respondeat Superior*, as all negligent acts and omissions complained of took place while Dr.

/ / /

Mortazavi was acting within the course and scope of his employment with Defendant UNITED STATES OF AMERICA and IHS;

4. This action arises under Title 28 U.S.C. § 2671, *et seq.*, the Federal Court Tort Claims Act;

5. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346;

6. Venue is proper in the District of Arizona under 28 U.S.C. § 1402(b) because all acts and omissions complained of occurred in this district;

7. Plaintiff has timely provided Defendant with notice of his claim. Said claim has been denied on January 8, 2018 which is why this suit is now being timely filed within 6 months of the date of denial;

8. A trial by jury is demanded by Plaintiff;

## COUNT I

## NEGLIGENCE, NEGLIGENCE PER SE

9. Plaintiff hereby incorporates the allegations stated in Paragraphs 1-8 herein as though fully set forth;

10. On or about December 22, 2015, Plaintiff presented himself to the Indian Health Service's Dental Clinic at Sells, Arizona, there to receive dental treatment which was provided to him as an enrolled member of the Navajo Tribe;

11. Dr. Mortazavi was to provide dental services to Plaintiff on December 22, 2015;

12. While providing dental services to Plaintiff on said date, Dr. Mortazavi used a dental drill of which he lost control and the dental burr fell from the dentist's hand and landed on Plaintiff's right cheek where it became embedded;

13. When the drill burr became imbedded in Plaintiff's right cheek it caused him to suffer pain on that date and thereafter and has now left a scarring mark to Plaintiff's right cheek;

14. The conduct of Dr. Mortazavi in losing control of the dental drill did breach that duty of reasonable care which he owed to Plaintiff RICHARD CHARLIE, to provide dental treatment in a reasonable and prudent manner, and without intended injury and pain and scarring. Such actions by Dr. Mortazavi amount to negligence;

15. As a result of Dr. Mortazavi's actions, Plaintiff RICHARD CHARLIE was injured and sustained damages in the form of medical expenses, pain and suffering, and scarring to his face;

16. Defendant UNITED STATES OF AMERICA is vicariously liable for all damages caused by Dr. Mortazavi's negligent actions as alleged herein;

WHEREFORE, Plaintiff RICHARD CHARLIE prays for judgment against the Defendant UNITED STATES OF AMERICA, as follows:

1. For Plaintiff's special damages, including but not limited to expenses incurred for medical care and treatment of his injuries;

2. For Plaintiff's general damages;

3. For Plaintiff's costs incurred herein; and

/ / /

/ / /

/ / /

/ / /

4. For such other and further relief as the Court may deem just and proper.

DATED this 31st day of May, 2018.

                                    JOSEPH F. GMUCA, P.C.

                By _____
                                    Joseph F. Gmuca
                                    Attorney for *Plaintiffs*